Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW PACIFIC COAST PENSION PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN A. KAMERER and "JOHN DOE" KAMERER, wife and husband and the marital community comprised thereof, d/b/a HEYZ ELECTRIC,<br><br>Defendants. | CAUSE NO.: C05-5347RBL<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiff IBEW Pacific Coast Pension Plan, (Trust Fund) has moved the Court for Default Judgment against Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric (Employer).

**SUMMARY OF JUDGMENT**

| | | |
|---|---|---|
| 1. | Judgment Creditor: | IBEW Pacific Coast Pension Plan, |
| 2. | Judgment Debtor: | Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric |
| 3. | Contributions: | $4,984.65 |
| 4. | Liquidated Damages: | $996.93 |

ORDER FOR DEFAULT JUDG
CASE NO. C05-5347RBL
PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

| | | | |
|---|---|---|---|
| 5. | Costs: | | $293.86 |
| 6. | Attorney's Fees: | | $523.79 |
| 7. | Post-Judgment Interest: | 12% per annum | |
| 8. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050<br>EKMAN, BOHRER & THULIN, P.S. | |

Pursuant to Plaintiff Trust Fund's Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on July 15, 2005, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Fund be awarded a Default Judgment against Defendant Employer in the amount $6,799.23 representing contributions covering the period November and December 2004 in the amount $4,984.65, liquidated damages in the amount $996.93, costs in the amount $293.86, and attorney's fees in the amount $523.79, for a total amount owing of $6,799.23.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Fund's claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

ORDER FOR DEFAULT JUDG
CASE NO. C05-5347RBL
PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**IT IS FURTHER ORDERED** that this Judgment is without prejudice to Plaintiff Trust Fund's right to pursue future disclosures of delinquent contributions during the same period covered by this Judgment.

DATED this 27th day of July, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff Trust Fund

ORDER FOR DEFAULT JUDG
CASE NO. C05-5347RBL
PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587